**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8109**

DAMON EMANUEL ELLIOTT,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge.  (8:12-cv-03350-PJM)

Submitted:  February 21, 2013      Decided:  February 26, 2013

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Damon Emanuel Elliott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damon Emanuel Elliott appeals the district court's order denying his petition for a writ of mandamus pursuant to 28 U.S.C. § 1361 (2006). We have reviewed the record and find no reversible error. Accordingly, while we grant Elliott leave to proceed in forma pauperis on appeal, we affirm for the reasons stated by the district court. Elliott v. United States, No. 8:12-cv-03350-PJM (D. Md. Nov. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED